UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Jorge Diaz,<br><br>             Supervisee | 1:16-CR-00317-20 (PAE)<br><br>ORDER |

Honorable Paul A. Engelmayer, U.S. District Judge:

IT IS HEREBY ORDERED: For the reasons stated on the record during a status conference held on March 25, 2024, the Supervised Release Conditions are modified to include the following special condition:

Jorge Diaz is permitted to reside and maintain employment in Rhode Island. Diaz is to maintain communication with his Probation Officer and report to the Probation Office and Treatment as directed.

SO ORDERED.

Dated:   March 26, 2024 New York, New York

                                                 *Paul A. Engelmayer*
                                           Honorable Paul A. Engelmayer
                                           U.S. District Judge