UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| JORGE DIAZ, | 16-CR-317-20 (PAE) |
| *Defendant.* | |

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record during a status conference held on May 16, 2024, IT IS HEREBY ORRDERED that the defendant's supervised release conditions are modified to include the following conditions:

1. The defendant may not leave the Southern District of New York – and, among other things, may not travel to visit his girlfriend or anyone else in the District of Rhode Island – without the prior approval of the United States Probation Department ("Probation").

2. The defendant must reside in a Residential Re-Entry Center (the "Center") determined by Probation for a period of six months, during which he may not leave the Center without the prior approval of Probation, including for (but not necessarily limited to) the following purposes: employment, religious observance, mental health treatment, substance abuse treatment, medical treatment, and attendance of court proceedings as ordered by this or other local, state, and federal courts.

3. The defendant may request that Probation consider, and this Court order, early release from the Center, provided the defendant has been compliant with the terms of his supervised release; that he has an available, permanent, and stable residence within the Southern District of

New York; and that he has established that he is likely to remain compliant with the remaining terms of supervised release if he were to relocate to said residence.

    4.  Pending the availability of a bed in the Center, the defendant must reside with his mother at street address known to Probation located in the Bronx, New York. If the defendant is unable to reside with his mother, he must inform Probation of, and receive Probation's approval for, his proposed alternative residence, which must be located within the Southern District of New York. If, pending the availability of a bed in the Center, the defendant is unable to reside with his mothers and does not propose an alternative residence that is approved by Probation, he must reside at a New York City Department of Homeless Services Shelter and advise Probation of his whereabouts.

**SO ORDERED:**

Dated: New York, New York
       May 17, 2024

                                                      _____
                                                      THE HONORABLE PAUL A. ENGELMAYER
                                                      UNITED STATES DISTRICT JUDGE
                                                      SOUTHERN DISTRICT OF NEW YORK