UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,
:
:
　　　　-v-　　　　　　　　　　　　　　　　　　　　　　　:　　　16-CR-317-20 (PAE)
:
JORGE DIAZ,　　　　　　　　　　　　　　　　　　　　:　　　　　　ORDER
:
　　　　　　　　Defendant.　　　　　　　　　　　　　　　　:
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

　　　　IT IS HEREBY ORDERED that the defendant is remanded to the custody of the United States Marshals.

　　　　SO ORDERED.

Dated: June 25, 2024　　　　　　　　　　　　　　　　　　_____
　　　　　New York, New York　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge